In the Matter of DAVID RAMOS, Appellant, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted April 13, 2015; decided May 14, 2015

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of THE FUND FOR LAKE GEORGE, INC., et al., Petitioners, and EVELYN JAEGER et al., Appellants, v TOWN OF QUEENSBURY ZONING BOARD OF APPEALS et al., Respondents.

Submitted April 27, 2015; decided May 14, 2015

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

DOMINICK VALENTI, Respondent, v CLOCKTOWER PLAZA PROPERTIES, LTD., Appellant, et al., Defendant.

Submitted March 2, 2015; decided May 14, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.